No. 511.  DOAK v. FEDERAL LAND BANK OF BALTIMORE. December 19, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. William B. Doak, pro se.*  No appearance for respondent.

No. 476.  MCQUILLEN ET AL. v. DILLON ET AL.  December 19, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  The CHIEF JUSTICE took no part in the consideration and decision of this application.  *Mr. Samuel Gottlieb* for petitioners.  *Mr. John T. Cahill* for Clarence Dillon et al., *Mr. Watson Washburn* for Edward A. Deeds et al., and *Mr. Philip A. Carroll* for National Cash Register Co., respondents.

No. 469.  GLIWA v. UNITED STATES STEEL CORP. ET AL. December 19, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Agnes Gliwa, pro se.*  *Mr. William Wallace Booth* for respondents.

No. 471.  RIO VISTA HOTEL & IMPROVEMENT CO. v. BELLE MEAD DEVELOPMENT CORP.  December 19, 1938. Petition for writ of certiorari to the Supreme Court of Florida denied.  *Mr. Joseph A. Scarlett* for petitioner. *Mr. Charles W. Proctor* for respondent.

No. 472.  TERMINAL RAILROAD ASSN. v. ALY.  December 19, 1938.  Petition for writ of certiorari to the Supreme Court of Missouri denied.  *Messrs. Walter N.*